UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LILLIAM GOMEZ,

    Plaintiff,

vs.                      Case No. 03-21657-CIV-ALTONAGA/Bandstra

OCEAN REEF CLUB, INC.,
a Florida corporation,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATES OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENTS

The defendant, Ocean Reef Club, Inc. ("Ocean Reef"), pursuant to this Court's Order Requiring Scheduling Report and Certificate of Interested Parties, and Rule 7.1, Federal Rules of Civil Procedure (Fed. R. Civ. P.), hereby files its certificates of interested persons and corporate disclosure statements:

1.    The following is a list of the name of each person, associated persons, firms, partnerships or corporations, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party that has or may have an interest in the outcome of this action:

    Ocean Reef Club, Inc.                Lilliam Gomez
    Fisher & Phillips, LLP               Rosenblum & Rosenblum, P.A.
    Suzanne Bogdan, Esquire         Randy Rosenblum, Esquire
    Kacy M. Marshall, Esquire

FortLauderdale 18654.2

Date: September 10, 2003

FISHER & PHILLIPS LLP
Suite 800
450 East Las Olas Boulevard
Fort Lauderdale, Florida  33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: *[signature]*
Suzanne Bogdan
(Fla. Bar No. 0893560)
sbogdan@laborlawyers.com
Kacy M. Marshall
(Fla. Bar No. 0499684)
kmarshall@laborlawyers.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing **DEFENDANT'S CERTIFICATES OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENTS** to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

> Randy Rosenblum, Esquire
> Rosenblum & Rosenblum
> 700 South Andrews Avenue
> Fort Lauderdale, Florida 33316

Date: September 10, 2003          *[signature]*

FortLauderdale 18654.2                                    2